1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JOHN DOE, individually, and the natural father and Guardian, on behalf of ELEMENTARY SCHOOL X, a minor child,<br><br>                              Plaintiffs<br>v.<br><br>KEITH RHEAULT, in his individual and official capacity; CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY SCHOOL DISTRICT BOARD OF TRUSTEES; CARLOS ARTURO GARCIA, in his individual and official capacity; DR. WALT RUFFLES, in his individual and official capacity; CHARLENE A. GREEN, in her individual and official capacity; MICHAEL S. HARLEY, in his individual and official capacity; KATHY SCOTT, in her individual and official capacity; DOUGLAS JONES, in his individual and official capacity; ALLEN COLES, in his individual and official capacity; CHARLOTTE REDDICK; in her individual and official capacity; TIMOTHY ADAMS; in his individual and official capacity; JAN HOVAN, in her individual and official capacity; MS. S {teacher's aid who knocked STUDENT X'S tooth out}, in her individual and official capacity; MS. MARCELLA, in her individual and official capacity; MS. SMITH, in her individual and official capacity; and DOES 1 through 100, inclusive.<br><br>                              Defendants.<br>AND ALL OTHER RELATED MATTERS, | Case No: 2:07-CV-00643-LRH-PAL |

**ORDER APPROVING COMPROMISE**

1  This matter having come before this Court upon the Petition of John Lais, III, individually and as natural parent of John Doe to compromise the claim in the above-entitled matter, on behalf of his minor child, John Doe, born April 29, 1997, and the court finds that the allegations of said Petition are true and that it is the best interest of said minors that the disputed claim be settled as proposed in the Petition; it is therefore:

IT IS HEREBY ORDERED AND ADJUDGED, that the proposed settlement of the claim of said minors is hereby approved in the sum of FORTY THOUSAND DOLLARS ($40,000.00), in consideration of a full and final discharge and release of and from all claims, charges and demand arising out of the injuries of said minor John Doe.

IT IS FURTHER ORDERED AND ADJUDGED, that the proposed settlement of the claim of said minor is hereby approved in the sum of FORTY THOUSAND DOLLARS ($40,000.00), in consideration of a full and final discharge and release of and from all claims, charges and demands arising out of the injuries of said minor John Doe.

IT IS FURTHER ORDERED AND ADJUDGED, that said settlement on behalf of John Doe be disbursed as follows:

1.  Twenty-Six Thousand Dollars ($26,000.00) to be deposited into an interest-bearing blocked account for the minor child John Doe to be released upon the child reaching the age of majority.

2.  Fourteen Thousand Dollars ($14,000.00) to Dobberstein & Associates, for attorney's fees and costs; and

IT IS FURTHER ORDERED AND ADJUDGED that the Petitioner make, execute and deliver a Release and Dismissal on behalf of the minor child in the above-entitled case.

///

1   IT IS FURTHER ORDERED AND ADJUDGED that said disbursement at majority shall be of all funds and secured interest, without further Court order, upon roof of majority only being presented to the bank where said funds are deposited.

IT IS FURTHER ORDERED AND ADJUDGED that proof of compliance with this order as it pertains to the blocked interest-bearing account for the minor child is to be filed with this Court within thirty (30) days of the date of filing this Order.

IT IS FURTHER ORDERED AND ADJUDGED that the blocked interest-bearing account will be established at Bank of America.

IT IS FURTHER ORDERED AND ADJUDGED that the authorization to establish the blocked trust account for the benefit of the herein named minor is hereby given to the Petitioner and the law firm of Dobberstein & Associates or its representative.

IT IS FURTHER ORDERED AND ADJUDGED that the funds deposited in the blocked trust account shall not be liquidated or diminished prior to the minor reaching the age of eighteen (18) years without Court approval upon a showing that the withdrawal is in the best interest of the minor child. A final accounting will be made prior to release of the funds upon the eighteenth birthday of the child.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner and Dobberstein & Associates shall cause, within thirty (30) days of the date of this order, proof to be filed with this court that the blocked trust account has been established.

IT IS FURTHER ORDERED AND ADJUDGED that a status check before this Court is set for **02/04/09** to show compliance with this Order. In the event the proof of compliance has been filed with this Court, it will not be necessary for the Petitioner or Dobberstein & Associates to attend this status check hearing.

///

- 3 -

1    IT IS FURTHER ORDERED AND ADJUDGED that the trustee or Petitioner may be ordered
2  by this Court to file periodic verified annual reports, should the Court deem it appropriate, in order to
3  detail the activities of the blocked trust account during the previous twelve (12) months pursuant to
4  NRS 41.200(5).
5
6    DATED this 3rd day of December, 2008.
7
8                                                                                              _____
9                                                                                              LARRY R. HICKS
                                                                                                UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -